```
             UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

ANTONIO JOHNSON, # 98296-071                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:18CV176TSL-RPM

UNITED STATES OF AMERICA,                                DEFENDANTS
MEDICAL DOCTOR CD A. CHAMBERS AND
NURSE PRACTIONER E. MICOU

<u>ORDER</u>

    This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker[1] entered on June 29, 2020, recommending that plaintiff's motion for judgment on the pleadings be denied, that defendant A. Chambers' motion to dismiss on immunity grounds be granted, that the joint motion of defendants A. Chambers and E. Micou for summary judgment be granted, and that the United States' motion for summary judgment be granted.  Finally, the report and recommendation recommends that this case be dismissed.  Having reviewed the report and recommendation and plaintiff's objection, the court finds that the magistrate judge correctly applied the summary judgment standard to plaintiff's FTCA claims and thus, overrules the objection.  The court hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

    Based on the foregoing, it is ordered that the report

---

[1] United States Magistrate Judge Walker has recently retired and United States Magistrate Judge Robert M. Myers has been assigned to the case.

Case 3:18-cv-00176-TSL-RPM   Document 55   Filed 08/04/20   Page 2 of 2

and recommendation of United States Magistrate Robert H. Walker entered on June 29, 2020, be, and the same is hereby, adopted as the finding of this court.  Accordingly, it follows that plaintiff's motion for judgment on the pleadings is denied, that defendant A. Chambers' motion to dismiss on immunity grounds is granted, that the joint motion of defendants A. Chambers and E. Micou for summary judgment is granted, and that the United States' motion for summary judgment is granted.

    A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

        SO ORDERED this 4th day of August, 2020.


                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE

and recommendation of United States Magistrate Robert H. Walker entered on June 29, 2020, be, and the same is hereby, adopted as the finding of this court.  Accordingly, it follows that plaintiff's motion for judgment on the pleadings is denied, that defendant A. Chambers' motion to dismiss on immunity grounds is granted, that the joint motion of defendants A. Chambers and E. Micou for summary judgment is granted, and that the United States' motion for summary judgment is granted.

    A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

        SO ORDERED this 4th day of August, 2020.

                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE